United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOODY WOODROW TANKSLEY, | No. C 09-2621 MHP (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| CDC; et al., | |
| Defendants. | |

Moody Tanksley, currently incarcerated at the Atascadero State Hospital, filed a pro se civil rights complaint under 42 U.S.C. § 1983 concerning conditions of confinement at Salinas Valley State Prison, where he was housed earlier. The court reviewed the complaint, found that it failed to state a claim upon which relief may be granted and had numerous other deficiencies, and ordered Tanksley to file an amended complaint by April 9, 2010. The deadline has long passed and Tanksley did not file the required amended complaint. Accordingly, this action is dismissed for failure to state a claim upon which relief may be granted. The clerk shall close the file.

IT IS SO ORDERED.

Dated: July 28, 2010

Marilyn Hall Patel
United States District Judge